UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KELLEY EDINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15 CV 206   RWS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Kelley Edington's appeal from an adverse ruling of the Social Security Administration.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Patricia L. Cohen who filed her Report and Recommendation on December 1, 2016.  Judge Cohen recommended that the Commissioner's decision to deny benefits should be reversed and that this case should be remanded for further proceedings.

Any objections to Judge Cohen's Report and Recommendation had to be filed by December 15, 2013.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED that** the Report and Recommendation of the United States Magistrate Judge Patricia L. Cohen [20] is **SUSTAINED,**

**ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Report and Recommendation.

 

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of December, 2016.